# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Richard Cephas<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 1, 2020__ in the county of __Granville__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape from custody. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Francis J. Etro, Deputy US Marshal
*Printed name and title*

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the applicant appeared before me via reliable electronic means and was placed under oath.

Date: 4/17/2020 10:53 am

*Judge's signature*

City and state: Raleigh, North Carolina

Robert T. Numbers II, United States Magistrate Judge
*Printed name and title*



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Affidavit in Support of Application for Arrest Warrant**

I, Francis J. Etro, Deputy United States Marshal, having been duly sworn state:

1. I have been employed with the United States Marshals Service since October 2018, and I am currently assigned to the Eastern District of North Carolina. My duties include the execution of local, state and federal arrest warrants and the investigation of escape from federal custody.

2. On June 19, 2017, in the United States District Court for the District of Delaware, Richard CEPHAS was sentenced to imprisonment for a term of 66 months for a violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(A) and 846, Conspiracy to distribute, and to possess with intent to distribute, five kilograms or more of cocaine.

3. On October 20, 2017, CEPHAS was designated by the Federal Bureau of Prisons ("BOP") to serve his sentence at the Federal Medical Center in Lexington, Kentucky. The BOP is an authorized representative of the United States Attorney General.

4. On August 29, 2019, CEPHAS was transferred to the Federal Prison Camp in Butner, North Carolina.

5. On March 30, 2020 at approximately 2:20 p.m., CEPHAS used the BOP TRULINCS e-mail messaging system and wrote: "hey i (sic) might have you pick me up shouldn't be much longer ill keep you posted less then (sic) 30 days keep this info



to your self ttyl." CEPHAS sent the message to an individual named Rakeem Davis. Davis is believed to be a family member of CEPHAS in Delaware.

6. On April 1, 2020 at approximately 6:52 p.m. CEPHAS made a recorded telephone call on the inmate telephone system to his listed wife, Roz Cephas. During the call, CEPHAS asked his wife to contact "L" and make sure it's on a secure line. CEPHAS also told his wife that he was "going to reach out to somebody to reach out to him to make sure no one else gets in trouble for my behavior," and "I just want to save my life that's all," or words to that effect. CEPHAS also stated: "I got to figure out how to get my shot medication."

7. On April 1, 2020, at approximately 9:00 p.m. an inmate count conducted by BOP staff showed CEPHAS at the facility.

8. On April 2, 2020 at approximately 12:46 a.m. an inmate count conducted by BOP staff resulted in a "bad count," meaning that all inmates were not accounted for. A re-count, bed book count and search of the Federal Prison Camp was conducted by staff and it was determined at approximately 2:20 a.m. that inmate CEPHAS was missing. The BOP placed CEPHAS in Escape status and contacted the United States Marshals Service, Eastern District of North Carolina. At the time of his absence, CEPHAS was not authorized to be away from the Federal Prison Camp. Cephas was projected to be released from custody on May 20, 2022. He remains in escape status and his current whereabouts are unknown.



9. Based on the above outlined information, the affiant believes that CEPHAS is in violation of Title 18 United States Code, Section 751 (a), Escape from custody, and respectfully requests that a warrant for his arrest be issued.

Francis J. Etro
Deputy United States Marshal
United States Marshals Service

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: April 17, 2020

Robert T. Numbers, II
United States Magistrate Judge